# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER JAMES HELFRICH,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:16-cv-00049-JCM-NJK

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. This matter has not been properly commenced because petitioner submitted incomplete financial paperwork. The *in forma pauperis* application was not submitted on the court-approved form as required by Local Rule LSR 1-1. In addition to filing an application to proceed *in forma pauperis* on the court-approved form, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2); Local Rule LSR 1-2. Petitioner has failed to submit an *in forma pauperis* application on the court-approved form and has failed to provide the necessary financial information.

Due to the defects presented, the *in forma pauperis* application will be denied. The present action will be dismissed without prejudice to the filing of a new petition in a new action with an *in forma pauperis* application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the federal limitation period as applied to his case, properly commencing a timely-filed federal habeas action, and properly exhausting his claims in the state courts.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action with a properly completed *in forma pauperis* application with all new and complete financial attachments.

**IT IS FURTHER ORDERED** that the clerk of court shall send petitioner the following: (1) two copies of an application form to proceed *in forma pauperis* for incarcerated persons and instructions for the same; (2) a noncapital section 2254 habeas petition form and instructions for the same; and (3) a copy of the papers submitted in this action at ECF No. 1.

**IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis* application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED.** Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

Dated  January 29, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE